**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:
CESAR, MARIA ROSE

CHAPTER 7 CASE

CASE NO. 05-35374 ABG

JUDGE A. Benjamin Goldgar

Debtor(s)

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO: the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.
   At: U.S. BANKRUPTCY COURT sitting at the **Lakehurst Branch Court** located at **430 Lakehurst Road, Waukegan, Illinois** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar
   on: **August 22, 2008**
   at: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         175,425.30

    b. Disbursements                         $         120,556.82

    c. Net Cash Available for Distribution   $          54,868.48

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN (Trustee Fees) | 0.00 | $6,204.48 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Fees) | 4,300.00 | $5,193.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Expenses) | 115.20 | | $106.75 |
| Jodi E. Gimbel,P.C. (Trustee's Accountant Fees) | 0.00 | $971.25 | |
| Jodi E. Gimbel,P.C. (Trustee's Accountant Expenses) | 0.00 | | $72.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $26,897.50 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 11 | Department of the Treasury-Internal Revenue Service | $ 26,897.50 | $ 26,897.50 |

6. Claims of general unsecured creditors totaling $82,777.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 18.63%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Lord & Taylor | $ 1,197.56 | $ 223.14 |
| 2 | Marshall Field | $ 443.24 | $ 82.59 |
| 3 | Chase Bank USA, N.A. | $ 10,900.97 | $ 2,031.13 |
| 4 | Chase Bank USA, N.A. | $ 53,009.75 | $ 9,877.07 |
| 5 | Chase Bank USA, N.A. | $ 1,634.36 | $ 304.52 |
| 6 | Recovery Management Systems Corporation | $ 1,058.89 | $ 197.30 |
| 7 | LVNV Funding LLC its successors and assigns | $ 552.56 | $ 102.96 |
| 10 | eCast Settlement Corporation assignee of | $ 599.69 | $ 111.74 |
| 11A | Department of the Treasury-Internal Revenue Service | $ 7,759.19 | $ 1,445.74 |
| 12 | eCAST Settlement Corporation assignee of | $ 5,620.84 | $ 1,047.31 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
9. Debtor has been discharged.
10. The Trustee proposed to abandon the following property at the hearing:

Dated: **July 24, 2008**　　　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　By: **KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　　Kenneth S. Gardner
　　　　　　　　　　　　　　　　　Clerk of the United States Bankruptcy Court
　　　　　　　　　　　　　　　　　219 S. Dearborn Street; 7th Floor
　　　　　　　　　　　　　　　　　Chicago, IL 60604

Trustee: ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave.
Suite 200
Highland Park, Illinois 60035, Telephone # (847) 926-9595

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

5374    Doc 56    Filed 07/24/08    Entered 07/26/08 23:48:37    Desc Imaged
Certificate of Service    Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2              Date Rcvd: Jul 24, 2008
Case: 05-35374                 Form ID: pdf002             Total Served: 33

The following entities were served by first class mail on Jul 26, 2008.
db           +Maria Rose Cesar,    1235 Priairie Brook Dr,    Apt B2,    Palatine, IL 60074-3168
aty          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty          +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,    Suite 200,
               Highland Park, IL 60035-3278
tr           +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
               Highland Park, IL 60035-3278
9773173       Bank One,    P.O. Box 15298,    Wilmington, DE 19850-5298
10742404     +Beneficial Illinois Inc,    1424 S Milwaukee Ave,    Libertyville IL 60048-3796
9773174       Chase Bank One,    P.O. Box 15298,    Wilmington, DE 19850-5298
10607196     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
9773176       Draper & Kramer Mortgage,    8031 Innovation Way,    Chicago, IL 60682-0080
9773177       GEMB,    P.O. Box 960061,    Orlando, FL 32896-0061
9773178      +Harris & Harris, Ltd,    600 W. Jackson Blvd, Suite 400,    Chicago, IL 60661-5675
10905909      Household Finance Corporation Beneficial by,    eCast Settlement Corporatoin as its agen,
               PO Box 35480,    Newark NJ 07193-5480
9773179     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
11056171    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,    Mail Stop 5010 CHI,
               230 S. Dearborn Street,    Chicago, IL 60604)
9773180       JC Penney,    P.O. Box 98131,    EL Paso, TX 79998
9773181       Lord & Taylor,    P.O. Box 94873,    Cleveland, OH 44101-4873
10587712     +Lord & Taylor,    111 Boulder Industrial Dr,    Bridgeton MO 63044-1241
10589463     +Marshall Field,    111 Boulder Industrial Dr,    Bridgeton MO 63044-1241
9773182       Marshall Field’s,    P.O. Box 94578,    Cleveland, OH 44101-4578
9773183      +NCO Financial Systems,    6286 Pearl Rd,    Parma Heights, OH 44130-3062
9773184      +Sears,    PO Box 182849,    Columbus, OH 43218-2849
9773185       United Consimer Financial,    P.O. Box 856290,    Louisville, KY 40285-6290
9773186       United Mileage Plus (Visa),    P.O. Box 15298,    Wilmington, DE 19850-5298
10742405      Van Ru Credit Corp,    4415 S Wendler D,    Building B Suite 202,    Temple AZ 85282-6410
9773187      +Wells Fargo,    555 E Townline Rd,    Vernon Hills, IL 60061-1552
11224063      eCAST Settlement Corporation assignee of,    Household Finance Corporation/Beneficial,    POB 35480,
               Newark NJ 07193-5480
10905910      eCast Settlement Corporation assignee of,    Arrow Financial Services LLC,    PO Box 35480,
               Newark NJ 07193-5480
The following entities were served by electronic transmission on Jul 25, 2008.
12407645     +E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2008 03:47:33     Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
9773175       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 25 2008 04:20:54     Discover,    P.O. Box 30395,
               Salt Lake City, UT 84130-0395
10715538      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns,    as assignee of Resurgent Capital LP/Citi,
               PO Box 10587,    Greenville, SC 29603-0587
12390281      E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2008 03:46:57
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10639724     +E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2008 03:47:32
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10742406     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 25 2008 03:46:00     Verizon Wireless,
               777 Big Timber Rd,    Elgin IL 60123-1401
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2            Date Rcvd: Jul 24, 2008
Case: 05-35374                Form ID: pdf002          Total Served: 33

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2008**                **Signature:**    _Joseph Speetjens_